

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 13, 1972

Hon. Bevington Reed, Commissioner
Coordinating Board
Texas College and University System
P. O. Box 12788, Capitol Station
Austin, Texas  78711

Opinion No. M- 1214

Re: Whether, pursuant
to Section 61.025,
Texas Education
Code, the Coordin-
ating Board may
hold special emer-
gency meetings
dealing solely with
administrative mat-
ters without circu-
lation of an agenda
at least 30 days
prior to the meeting

Dear Dr. Reed:

Your recent letter requesting the opinion of this

office concerning the referenced matter poses the following

question:

"Can the Coordinating Board (Texas College
and University System) hold special emergency
meetings dealing solely with administrative
matters, provided regulations of the general
laws of Texas are met, without circulation of
an agenda 30 days prior to such meeting?"

Section 61.025, Texas Education Code (formerly Section

6 of Article 2919e-2, Vernon's Civil Statutes), provides as

follows:

"A majority of the membership of the board constitutes a quorum.  The board shall hold regular quarterly meetings in the city of Austin, and other meetings at places and times scheduled by it in formal sessions and called by the chairman. An agenda for the meetings in sufficient detail to indicate the items on which final action is contemplated shall be mailed to the chairman of each governing board and to the chief administrative officer of each state institution of higher education at least 30 days prior to the meeting." (emphasis added.)

Section 61.021, Texas Education Code, provides, in pertinent part, that

"The Coordinating Board . . . shall perform only the functions which are enumerated in this chapter and which the legislature may assign to it. . . ."

See also, Attorney General's Opinion No. M-652 (1970), holding that pursuant to Section 61.021, the powers and functions of the Coordinating Board are limited to those specifically enumerated in Sections 61.021, et seq.

Section 61.025 speaks in terms of "regular quarterly meetings" and "other meetings".  It then goes on to require that an agenda for "the meetings" shall be circulated at least 30 days in advance.  The agenda time requirement thus applies to all meetings of the board, regardless of their nature.

We have considered all provisions of Sections 61.021, et seq., Texas Education Code, and are unable to find within the enumerated powers and functions of the Coordinating Board any authority whereby the Board would be authorized to hold any regular, special, or emergency meeting, dealing either with administrative, coordinating, or any matters, without the necessity of circulating an agenda of such meeting at least 30 days prior to the meeting.

Accordingly, you are advised that your question is answered in the negative.

## S U M M A R Y

Pursuant to Section 61.025, Texas Education Code, the Coordinating Board, Texas College and University System, has no authority to hold an official meeting without circulation of the agenda for such meeting at least 30 days prior to the meeting.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

-5958-

Hon. Bevington Reed, page 4,    (M-1214)


Prepared by Austin C. Bray, Jr.
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Lewis Jones
James Maxwell
Jim Swearingen
Fisher Tyler

SAMUEL D. MCDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant